

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

**FILED**
FEB 27 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

__Jamie R Jordan__
Plaintiff(s)

vs.

Case Number: **18 CV 111 JHP - FHM**

__St Francis Health Systems__
Defendant(s)

## COMPLAINT - EEOC

Comes now the Plaintiff, __Jamie R Jordan__ and for his/her claim against the Defendant(s), __St Francis Health Systems__ states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __white__ (Race) __female__ (Sex) who resides at __PO Box 1064, Coweta, OK 74429__ (Complete address)

3. The Defendant __St Francis Health Systems__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __6600 S Yale Ave, Tulsa, OK 74136__

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

4. On or about _____ , _____ , defendant(s)
   (Month/day)   (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

Statue under American Disability Act (ADA); Title VII, Discrimination against my disability, regarded as disabled and/or a record of disablity & in violation Americans w/ Disability Act Ammendment Act (ADAAA)

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

Reduced my hours, terminated employment, failed to accommodate disability (2) Supervisors & (1) Senior HR Supervisor discriminated against me.

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) Damages, back pay, lost wages made impossible to rehire & find another job.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

Jamie R Jordan
Signature
PO Box 1064
Address
Coweta OK 74429
City          State   ZIP
(918) 889-8309 / cell #
Telephone

2 of 3

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jamie R. Jordan
Po Box 1064
Coweta, OK 74429

From: Oklahoma City Area Office
215 Dean A. McGee Avenue
Suite 524
Oklahoma City, OK 73102

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 564-2017-00575 | James E. Habas, Investigator | (405) 231-5485 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Holly Waldron Cole,
Area Office Director

11/28/17
(Date Mailed)

Enclosures(s)

cc:
Michael Lissau
Attorney
Hall Estill Law Firm
320 South Boston
Suite 200
Tulsa, OK 74103

Daniel E. Smolen
SMOLEN, SMOLEN AND ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, OK 74119